**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| IN RE: | |
| FRANCISCO SANTIAGO CASILLAS | CASE NO. 08-03248 BKT |
| HEDDY ESTHER ALEJANDRO | CHAPTER 13 |
| Debtor(s) | ADVERSARY NO. 09-00019 |
| FRANCISCO SANTIAGO CASILLAS | |
| HEDDY ESTHER ALEJANDRO | |
| Plaintiff | |
| SCOTIABANK PR; ET ALS | FILED & ENTERED ON 08/25/2010 |
| Defendant(s) | |

## ORDER

The settlement agreement to withdraw complaint and amended complaint against all co-defendants filed by plaintiffs and defendants (docket #92) is GRANTED.

SO ORDERED.

San Juan, Puerto Rico, this 25 day of August, 2010.

Brian K. Tester
U.S. Bankruptcy Judge